**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDING CORPORATION, et al.,<br>Debtors. | Case No. 18-23538 (RDD)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| Kmart Holding Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Primo Water Operations Inc. fdba Primo Water Corporation,<br><br>Defendant. | Adv. P. No. 20-06337<br>WPBC 21,0068 |

**GRANTING MOTION FOR DEFAULT JUDGMENT AND JUDGMENT**

This adversary proceeding was commenced on or about June 30, 2020, by the filing of a Summons and Complaint. Copies of the Summons and Complaint in the above-referenced adversary proceeding were served on the above-named Defendant, Primo Water Operations Inc. fdba Primo Water Corporation, through service via U.S. Mail, pursuant to Federal Rule of Bankruptcy Procedure 7004, on July 8, 2020. The Certification of Service was filed with this Court.

The Clerk's Entry of Default was filed on or about April 15, 2021. Defendant was served with Plaintiff's Motion for Default Judgment, dated April 27, 2021, and, after due service and notice, has failed to answer, object or otherwise defend and has not opposed the Motion for Default Judgment; and upon the Court's review of the Motion for Default Judgment and the Complaint; and good and sufficient cause appearing,

**NOW THEREFORE**, it is

**ORDERED, ADJUDGED AND DECREED:** that

1. The Plaintiff, Kmart Holding Corporation, be awarded a default judgment against the Defendant, Primo Water Operations Inc. fdba Primo Water Corporation, in the amount of $276,464.91, plus prejudgment interest through April 27, 2021 of $18.12 and costs in the sum of $350.00, which results in a total judgment of $276,833.03 as of today's date, plus

prejudgment interest from April 28, 2021 to today's date at the daily rate of $.06, with post-judgment interest continuing to accrue at the Federal Rate.

2. Plaintiff shall also have judgment on the Complaint's claims for relief under 11 U.S.C. §§ 550 and 502(d).

DATED:  White Plains, New York
        June 17, 2021

/s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE